CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 1 0 2010

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Roanoke Division

| | |
|---|---|
| **ANNETTE MICHELLE McCARTHY,** ) | Civil Action No. 7:10-cv-00300 |
| ) | |
| *Petitioner,* ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **TAMMY BROWN,** ) | |
| ) | **By: James C. Turk** |
| *Respondent.* ) | **Senior United States District Judge** |
| ) | |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

### ADJUDGED AND ORDERED

that the Respondent's motion to dismiss (Dkt. No. 12) is **GRANTED**, and the Petitioner's 28 U.S.C. § 2254 motion (Dkt. No. 1) is **DENIED**. Additionally, a Certificate of Appealability is **DENIED**.

The Clerk is directed to strike the case from the active docket of the Court, and send copies of this Final Order and the accompanying Memorandum Opinion to the Petitioner and counsel of record for the Respondent.

**ENTER:** This ___9th___ day of December, 2010

_James C. Turk_
Senior United States District Judge

6